UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| NAOMI L. HUMPHREY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 6:22-CV-01012-MC<br><br>ORDER OF REMAND |

Based on the stipulation of the parties, the Court hereby ORDERS that this case be remanded to the agency for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing; further develop the record as necessary; consider all pertinent issues *de novo*, including, but not limited to, reconsidering Plaintiff's subjective statements, and reconsidering the medical opinions and prior administrative medical findings; and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED this   11th   day of   May   2023.


                                    s/Michael J. McShane
                                    MICHAEL J. MCSHANE
                                    UNITED STATES DISTRICT JUDGE

Submitted by:

NATALIE K. WIGHT
United States Attorney

KEVIN DANIELSON
Executive Assistant U.S. Attorney

MATHEW PILE
Associate General Counsel
Office of Program Litigation, Office 7

s/ *Shannon Fishel*
SHANNON FISHEL
Special Assistant U.S. Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
Attorneys for Defendant